IDA M. JARVIS, Appellant, *v.* ANNA S. SEES, Respondent.

*Jarvis* v. *Sees*, 174 App. Div. 920, appeal dismissed.
(Submitted January 8, 1917; decided January 16, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 10, 1916, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for services.

The motion was made upon the ground that the judg-

ment was not appealable of right to the Court of Appeals, and that permission to appeal had not been obtained.

*John B. Doyle* for motion.

*William M. Du Bois* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.